*E-FILED*
**April 6, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIM BAO HUYNH, et al., <br><br> Defendants. _____/ | No. C 05-05020 RS <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for April 12, 2006 at 2:30 p.m. is continued to **June 21, 2006 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than June 14, 2006. The parties shall file a joint Case Management Conference Statement no later than June 14, 2006.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated: April 6, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Thomas P. Riley, Esq.
Email: tprla@att.net

Dated: April 6, 2006

                                          /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2