Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Kim Bao Huynh, et al.<br><br>Defendants. | CASE NO. C 05-5020 JW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEFENDANT' MOTION TO SET ASIDE DEFAULT JUDGMENT; AND ORDER (Proposed) |

**TO THIS HONORABLE COURT:**

By and through their counsel, Plaintiff Garden City Boxing Club, Inc., and Defendants Kim Bao Huynh and Thuy Diem Phuong, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference, in this action (previously set for Monday, November 13, 2006, at 10:00 a.m.) to a new date of Monday, December 18, 2006, at 10:00 a.m.

In addition, by and through their counsel, Plaintiff Garden City Boxing Club, Inc., and Defendants Kim Bao Huynh and Thuy Diem Phuong, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Motion to

1   Set Aside Default Judgment, in this action (previously set for Monday, November 13,

2   2006, at 9:00 a.m.) to a new date of Monday, December 18, 2006, at 9:00 a.m.

3         This request is necessitated by the fact that counsel for the Parties in this action

4   have been actively discussing settlement and a settlement offer that has been

5   presented is currently being considered.

6         The Parties respectfully request this brief continuance in order that the

7

8   settlement may finalize and/or additional settlement discussions may be conducted

9   without the Parties and/or their counsel incurring additional attorneys' fees and costs

10   for motion practice, hearing preparation, and Court appearances.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 2

WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date of Monday, December 18, 2006, at 10:00 a.m. and the Defendants' Motion to Set Aside Default Judgment to a new date of Monday, December 18, 2006, at 9:00 a.m.

Respectfully submitted,

Dated: November 9, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

Dated:

LAW OFFICES OF THOMAS SALCICCIA
By: Rudy D. Guzzetta
Attorneys for Defendants
Kim Bao Huynh
Thuy Diem Phuong

ORDER [Proposed]

 IT IS HEREBY ordered that the Case Management Conference in civil action number C 05-5020 RS styled *Garden City Boxing Club, Inc. v. Kim Bao Huynh, et al.*, is hereby continued from 10:00 am Monday, November 13, 2006, to 10:00 am Monday, December 18, 2006.

 IT IS FURTHER ordered that the Defendants' Motion to Set Aside Default Judgment in the above-entitled action is hereby continued from 9:00 am Monday, November 13, 2006, to 9:00 am Monday, December 18, 2006.

 The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

 Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED:

Dated: _____11/09/2006_____

Honorable James Ware
United States District Court
Northern District of California

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 4

## PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 9, 2006, I served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT AND ORDER [Proposed]**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Nelson Karl McElmurry, Esquire            Attorneys for Defendants
**LAW OFFICES OF THOMAS SALCICCIA**
870 N. 1st Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 9, 2006, at South Pasadena, California.

Dated: November 9, 2006

ANGEL ATHERALL

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 5