1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

7



IT IS SO ORDERED
Judge James Ware

8        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA

9

10
    Garden City Boxing Club, Inc.          CASE NO. C 05-5020 JW
11
                  Plaintiff,               STIPULATION TO CONTINUE
12                                         DEFENDANTS' MOTION TO
                                           SET ASIDE DEFAULT
13                                         JUDGMENT; AND ORDER
             vs.                           (Proposed)
14
15  Kim Bao Huynh, et al.

16
              Defendants.
17

18
19  TO THIS HONORABLE COURT:

20       By and through their counsel, Plaintiff Garden City Boxing Club, Inc., and

21  Defendants Kim Bao Huynh and Thuy Diem Phuong, hereby agree, stipulate, and

22  respectfully request that this Honorable Court continue the Motion to Set Aside

23  Default Judgment, in this action (previously set for Monday, December 18, 2006, at

24  9:00 a.m.) to a new date of Monday, January 22, 2006, at 9:00 a.m.

25       This request is necessitated by the fact that counsel for the Parties in this action

26  are continuing to active discuss settlement and a settlement offer that has been

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 1

1 | presented is currently being considered. Defendants however, are out of the country

2 | at this time and defense counsel has been unable to concur with them.

3 |     **WHEREFORE,** the Parties respectfully request this brief additional

4 | continuance of Defendants' Motion in order that the settlement may finalize and/or

5 | additional settlement discussions may be conducted without the Parties and/or their

6 | counsel incurring additional attorneys' fees and costs for motion practice, hearing

7 | preparation, and Court appearances.

8 | ///

9 | ///

10 | ///

11 | ///

12 | ///

13 | ///

14 | ///

15 | ///

16 | ///

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 2

408294175
Dec 04 06 04:38p    Law Offices                    4082954175            P.1
  12/04/2006     12:52   LAW OFFICES OF THOMAS P RILEY → 14082954175    NO.418    004

WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY

REQUESTED BY THE PARTIES that the Court reschedule the Defendants' Motion

to Set Aside Default Judgment to a new date of Monday, January 22, 2006, at 9:00

a.m.

Respectfully submitted,

Dated: December 4, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

Dated:

LAW OFFICES OF THOMAS SALCICCIA
By: Nelson Karl McElmurry
Attorneys for Defendants
Kim Bao Huynh
Thuy Diem Phuong

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 3

1

## ORDER (Proposed)

2

3       **IT IS HEREBY** ordered that the Defendants' Motion to Set Aside Default

4   Judgment in the above-entitled action is hereby continued from 9:00 am Monday,

5   December 18, 2006, to 9:00 am Monday, ~~January 22, 2006.~~ January 22, 2007.

6       Plaintiff shall also serve a copy of this Order on the Defendants and thereafter

7   file a Certification of Service of this Order with the Clerk of the Court.

8

9

10

11

12  **IT IS SO ORDERED:**

13

14

15

16                                                          Dated: December 6, 2006

17  **Honorable James Ware**

18  **United States District Court**

19  **Northern District of California**

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 4, 2006, I served:

**STIPULATION TO CONTINUE DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT AND ORDER [Proposed]**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Nelson Karl McElmurry, Esquire            Attorneys for Defendants
LAW OFFICES OF THOMAS SALCICCIA
870 N. 1st Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 4, 2006, at South Pasadena, California.

Dated: December 4, 2006

ANGEL ATHERALL

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 5