Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc. | CASE NO. C 05-5020 JW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |
| vs. | |
| Kim Bao Huynh, et al. | |
| Defendants. | |

TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff Garden City Boxing Club, Inc., and Defendants Kim Bao Huynh and Thuy Diem Phuong, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference, in this action (previously set for Monday, December 18, 2006, at 10:00 a.m.) to a new date of Monday, January 22, 2006, at 10:00 a.m.

This request is necessitated by the fact that counsel for the Parties in this action are continuing to actively discuss settlement and a settlement offer that has been

///

presented is currently being considered.

**WHEREFORE**, the Parties respectfully request this brief additional continuance of the Case Management Conference in order that the settlement may finalize and/or additional settlement discussions may be conducted without the Parties and/or their counsel incurring additional attorneys' fees and costs for hearing preparation and Court appearances relative to this action.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date of Monday, January 22, 2006, at 10:00 a.m.

Respectfully submitted,

Dated: December 11, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

Dated:

LAW OFFICES OF THOMAS SALCICCIA
By: Nelson Karl McElmurry
Attorneys for Defendants
Kim Bao Huynh
Thuy Diem Phuong

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 2

ORDER (Proposed)

**IT IS HEREBY** ordered that the Case management Conference in the above-entitled action is hereby continued from 10:00 am Monday, December 18, 2006, to 10:00 am Monday, January 22, 2006.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED:**

*/s/ James Ware*

Dated: December 12, 2006

**Honorable James Ware**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT
AND ORDER [Proposed]
CASE NO. 05-5020 JW
PAGE 3

## PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 11, 2006, I served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER [Proposed]**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Nelson Karl McElmurry, Esquire            Attorneys for Defendants
**LAW OFFICES OF THOMAS SALCICCIA**
870 N. 1st Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 11, 2006, at South Pasadena, California.

Dated: December 11, 2006

*/s/ Angel Atherall*
ANGEL ATHERALL