1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 | Garden City Boxing Club, Inc.,      | CASE NO. CV 05-5020 JW
11 |                                      |
12 |              Plaintiff,              | STIPULATION OF DISMISSAL OF
   |                                      | PLAINTIFF'S COMPLAINT
13 |         vs.                          | AGAINST DEFENDANTS KIM BAO
14 | Kim Bao Huynh, et al.                | HUYNH AND THUY DIEM PHUONG,
   |                                      | individually and d/b/a BAMBOO
15 |              Defendants.             | CAFÉ & RESTAURANT

16

17

18

19     **IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY

20 BOXING CLUB, INC. and Defendant KIM BAO HUYNH and THUY DIEM

21 PHUONG, individually and d/b/a BAMBOO CAFE & RESTAURANT, that the above-

22 entitled action is hereby dismissed **without prejudice** against KIM BAO HUYNH and

23 THUY DIEM PHUONG, individually and d/b/a BAMBOO CAFE & RESTAURANT

24 subject to the Court's jurisdiction to enforce the settlement agreement reached between

25 the Parties.

26

27

28

STIPULATION OF DISMISSAL
CV 05-5020 JW
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 15, 2007, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 5, 2007      */s/ Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By:  Thomas P. Riley
                            Attorneys for Plaintiff
                            GARDEN CITY BOXING CLUB, INC.


Dated:                      */s/ **Nelson K. McElmurry***
                            **LAW OFFICES OF THOMAS SALCICCIA**
                            By: Nelson Karl McElmurry, Esquire
                            Attorneys for Defendants
                            Kim Bao Huynh,
                            Thuy Diem Phuong


**IT IS SO ORDERED**:

_____                Dated: Jan. 09, 2007
**The Honorable James Ware**
**United States District Court**
**Northern District of California**

### PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

**STIPULATION OF DISMISSAL**
**CV 05-5020 JW**
**PAGE 2**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 5, 2007, I served:

**STIPULATION OF DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

| | |
|---|---|
| Kim Bao Huynh (Defendant) | Thuy Diem Phuong (Defendant) |
| c/o Mr. Nelson McElmury, Esquire | c/o Mr. Nelson McElmury, Esquire |
| Law Offices of Thomas Salciccia | Law Offices of Thomas Salciccia |
| The Salciccia Building | The Salciccia Building |
| 870 North First Street | 870 North First Street |
| San Jose, CA 95112 | San Jose, CA 95112 |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 5, 2007, at South Pasadena, California.

Dated: January 5, 2007      */s/ Angel Atherall*
                                              ANGEL ATHERALL

**STIPULATION OF DISMISSAL**
**CV 05-5020 JW**
**PAGE 3**