

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

GRANTED
Judge James Ware

2/15/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Garden City Boxing Club, Inc.,

Plaintiff,

vs.

Kim Bao Huynh, et al.

Defendants.

CASE NO. CV 05-5020 JW

AMENDED STIPULATION OF
DISMISSAL OF PLAINTIFF'S
COMPLAINT AGAINST
DEFENDANTS KIM BAO HUYNH
AND THUY DIEM PHUONG,
individually and d/b/a BAMBOO
CAFÉ & RESTAURANT

IT IS HEREBY STIPULATED by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendant KIM BAO HUYNH and THUY DIEM PHUONG, individually and d/b/a BAMBOO CAFE & RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against KIM BAO HUYNH and THUY DIEM PHUONG, individually and d/b/a BAMBOO CAFE & RESTAURANT subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

AMENDED STIPULATION OF DISMISSAL
CV 05-5020 JW
PAGE 1

1  **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

2  motion to reopen this action by March 25, 2007, this Court shall *not* have jurisdiction

3  to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

4      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

5  Each Party referenced-above shall bear its own attorneys' fees and costs.

6

7

8

9  Dated: February 13, 2007

10                **LAW OFFICES OF THOMAS P. RILEY, P.C.**

               By:  Thomas P. Riley

11                Attorneys for Plaintiff

12                GARDEN CITY BOXING CLUB, INC.

13

14

15 Dated:               PLEASE SEE ATTACHED

16                **LAW OFFICES OF THOMAS SALCICCIA**

17                By: Nelson Karl McElmurry, Esquire

18                Attorneys for Defendants

               Kim Bao Huynh,

19                Thuy Diem Phuong

20

21

22

23 **IT IS SO ORDERED:**

24

25

26 _____       Dated:_____

    **The Honorable James Ware**

27 **United States District Court**

28 **Northern District of California**

AMENDED STIPULATION OF DISMISSAL
CV 05-5020 JW
PAGE 2

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 25, 2007, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 13, 2007

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated: 2/13/2007

LAW OFFICES OF THOMAS SALCICCIA
By: Nelson Karl McElmurry, Esquire
Attorneys for Defendants
Kim Bao Huynh,
Thuy Diem Phuong

**IT IS SO ORDERED:**

Dated: _____ 2/15/2007 _____

The Honorable James Ware
United States District Court
Northern District of California

AMENDED STIPULATION OF DISMISSAL
CV 05-5020 JW
PAGE 2

## PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 13, 2007, I served:

## AMENDED STIPULATION OF DISMISSAL

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Mr. Nelson McElmury, Esquire           Attorneys for Defendant
Law Offices of Thomas Salciccia
The Salciccia Building
870 North First Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 13, 2007, at South Pasadena, California.

Dated: February 13, 2007

INÉSA MAMIDJANYAN

AMENDED STIPULATION OF DISMISSAL
CV 05-5020 JW
PAGE 3