1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc., | CASE NO. CV 05-5020 JW |
|---|---|
| Plaintiff, | SECOND AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS KIM BAO HUYNH AND THUY DIEM PHUONG, individually and d/b/a BAMBOO CAFÉ & RESTAURANT |
| vs. | |
| Kim Bao Huynh, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendant KIM BAO HUYNH and THUY DIEM PHUONG, individually and d/b/a BAMBOO CAFE & RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against KIM BAO HUYNH and THUY DIEM PHUONG, individually and d/b/a BAMBOO CAFE & RESTAURANT subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 23, 2007, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 22, 2007      */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated:      */s/ Nelson Karl McElmurry*
**LAW OFFICES OF THOMAS SALCICCIA**
By: Nelson Karl McElmurry, Esquire
Attorneys for Defendants
Kim Bao Huynh,
Thuy Diem Phuong

**IT IS SO ORDERED**:

_____      Dated: 3/28/2007
**The Honorable James Ware**
**United States District Court**
**Northern District of California**

## PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 22, 2007, I served:

**SECOND AMENDED STIPULATION OF DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Mr. Nelson McElmury, Esquire         Attorneys for Defendants
Law Offices of Thomas Salciccia
The Salciccia Building
870 North First Street
San Jose, CA 95112

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 22, 2007 at South Pasadena, California.

Dated: March 22, 2007          */s/ Inesa Mamidjanyan*
                                INESA MAMIDJANYAN

**AMENDED STIPULATION OF DISMISSAL**
**CV 05-5020 JW**
**PAGE 3**